UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH CONTINI, D/B/A
PERSONAL PORTFOLIO WATCH,

    Defendants.
------------------------------------------------------------X

93 Civ. 4400 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/10

RECEIVED
2010
SWEET CHAMBERS

### ORDER: (A) AUTHORIZING DISTRIBUTION AGENT TO PAY KITTAY & GERSHFELD, P.C. $3,000 FOR FEES AND EXPENSES; (B) PAY DAMASCO & ASSOCIATES, LLP $2,650 AND (C) DEEMING DISTRIBUTION AGENT'S MOTION HIS FINAL REPORT

Upon the motion (the "Motion") of David R. Kittay, Distribution Agent for the Securities and Exchange Commission (the "Commission") in the above-captioned case dated February 23, 2010 (the "Motion"), for entry of an order authorizing the Distribution Agent to: (a) pay Kittay & Gershfeld, P.C. ("KG") $3,000 as first and final payment for fees and expenses incurred in its work as counsel to the Distribution Agent; (b) pay Damasco & Associates, LLP ("Damasco") $2,650 as final payment of fees and expenses as tax administrator to the Distribution Agent; (c) deeming the Distribution Agent's Motion his final report; and (d) deeming case closed after the payment to KG and Damasco and the turnover of funds to the Commission; and a copy of the Motion having been provided to counsel to the Commission; and the Commission having consented to the relief requested therein; it is now hereby

ORDERED that the Distribution Agent is authorized to pay Kittay & Gershfeld, P.C.

$3,000 in full and final payment for the services it rendered to the Distribution Agent in the above-captioned case; and it is further

ORDERED that the Distribution Agent is authorized to pay Damasco $2,650 for tax fees and expenses for 2009 and 2010, of which Damasco shall pay itself $901.12 from the monies it is presently holding in a trust account which represent Internal Revenue Refunds and $1,748.88 shall be paid from the Fund; and it is further

ORDERED that after making payment to Kittay & Gershfeld, P.C. and Damasco in accordance with the foregoing decretal paragraphs, the Distribution Agent is authorized to turn over all remaining funds to the Commission to be remitted to the U.S. Treasury pursuant to the Distribution Order; and it is further

ORDERED that the Distribution Agent's Motion is hereby deemed and considered his Final Report; and it is further

ORDERED that after the Distribution Agent complies with the first three decretal paragraphs of this Order, the case will be deemed closed, the Fund terminated and the Distribution Agent released from all duties and responsibilities.

Date:  New York, New York
       June 24, 2010

_____
United States District Judge